UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR 604 RWS |
| ) | |
| TERRY PFEFFER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant Terry Pfeffer remains a fugitive in this case.

**IT IS HEREBY ORDERED** that the defendant's motion to continue [#32] is granted and the Monday, March 1, 2010 jury trial setting in this matter is **VACATED.** The **Jury Trial** in this matter is reset to **Monday, April 5, 2010 at 9:00 a.m.** in Courtroom 10-South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of February, 2010.